| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tucker, Petrese B. | 2. Court or Organization<br><br>PA-Eastern District | 3. Date of Report<br><br>05/06/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Room 9613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1751 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Avenue of the Arts, Inc. |
| 2. Executor | Estate #1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

**Tucker , Petrese B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | PA SERS State Employee Retirement System | $28,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)* `

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. 2010 | Vernon Chestnutt, Esq. - Referrals fees |
| 3. 2010 | Cottage Home - Rental income |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | NYIPA | March 26- 2010 | New York City | Training | Travel, meals and overnight accomodations |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit card | J |
| 2. Farm Credit of the Virginias | Mortgage on Land | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 2. Merrill Lynch Retirement Reserves - money market accts (Y) | | | | | | | | | |
| 3. Land Halifax County, VA | | None | L | W | | | | | |
| 4. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 5. Estate #1 - Real Estate Phila, PA Appraisal Date 1/20/09 | | None | M | Q | | | | | |
| 6. Estate #1 - Morgan Stanley | A | Dividend | | | Sold | 06/10/10 | J | A | |
| 7. Estate #1 - PNC Bank | A | Interest | J | T | | | | | |
| 8. 3M Company | A | Dividend | J | T | Buy (add'l) | 06/10/10 | J | | |
| 9. | | | | | Sold (part) | 06/03/10 | J | | |
| 10. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | A | Interest | J | T | | | | | |
| 11. Abbott Labs | A | Dividend | J | T | Sold (part) | 05/19/10 | J | | |
| 12. ACCENTURE PLC SHS | | None | | | Sold | 01/13/10 | J | A | |
| 13. ADOBE SYSTEMS | | None | J | T | Sold (part) | 01/08/10 | J | A | |
| 14. AES CORP | | None | | | Sold (part) | 04/27/10 | J | | |
| 15. | | | | | Sold (part) | 05/17/10 | J | | |
| 16. | | | | | Sold | 05/18/10 | J | | |
| 17. AETNA INC NEW | A | Dividend | J | T | Buy (add'l) | 03/23/10 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/11/10 | J | | |
| 19. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 20. ALCATEL LUCENT SPD ADR | | None | J | T | Buy | 02/17/10 | J | | |
| 21. ALLEGHENY TECH INC | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 22. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 23. ALLERGAN INC | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 24. ALLIANZ NFJ DIVIDENT VALUE FUND | | None | J | T | Buy | 07/12/10 | J | | |
| 25. Allstate Corp Del | A | Interest | J | T | | | | | |
| 26. ALTERA CORP | A | Dividend | J | T | Buy | 01/11/10 | J | | |
| 27. Altria Group | A | Dividend | J | T | Sold (part) | 09/01/10 | J | A | |
| 28. ALUMINA LTD SP ADR (X) | A | Dividend | J | T | | | | | |
| 29. AMAZON COM INC COM | | None | J | T | | | | | |
| 30. AMER EXPRESS COMP | A | Dividend | J | T | Sold (part) | 05/05/10 | J | B | |
| 31. AMEREN CORP | A | Dividend | J | T | Buy (add'l) | 04/07/10 | J | | |
| 32. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | A | Interest | J | T | | | | | |
| 33. AMERICAN TOWER CORP | | None | J | T | Buy | 04/08/10 | J | | |
| 34. | | | | | Buy (add'l) | 04/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35. | | | | | Buy (add'l) | 06/04/10 | J | | |
| 36. AMERIPRISE FINANCIAL INC | | None | J | T | Buy | 09/01/10 | J | | |
| 37. AMERISOURCEBERGEN CORP | A | Dividend | J | T | | | | | |
| 38. AMGEN INC COM PV ▉ | | None | J | T | Buy (add'l) | 01/27/10 | J | | |
| 39. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 40. | | | | | Sold (part) | 07/23/10 | J | | |
| 41. | | | | | Sold (part) | 05/03/10 | J | A | |
| 42. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 43. ANALOG DEVICES INC COM | | None | | | Sold | 01/28/10 | J | | |
| 44. ANGLOGOLD ASHANTI LTD | A | Dividend | J | T | | | | | |
| 45. ANHEUSER-BUSCH INBEV ADR (X) | | None | J | T | | | | | |
| 46. ANNALY CAP MGMT INC | A | Dividend | J | T | | | | | |
| 47. AON CORP COM | A | Dividend | J | T | | | | | |
| 48. APACHE CORP | A | Dividend | J | T | | | | | |
| 49. Apple Computer | | None | K | T | | | | | |
| 50. ARCHER DANIELS MIDLD (Y) | | | | | | | | | |
| 51. ASSA ABLOY AB | A | Dividend | J | T | Buy | 02/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ASTRAZENECA PLC BONDS | A | Interest | J | T | | | | | |
| 53. ASTRAZENECA PLC SPND ADR | | None | J | T | Buy | 03/01/10 | J | | |
| 54. AT&T | A | Dividend | J | T | | | | | |
| 55. BANCO B VIZ ARGT SA ADR | | None | | | Sold | 02/01/10 | J | | |
| 56. BANCO DO BRASIL SA-SPON | A | Distribution | J | T | Buy | 07/13/10 | J | | |
| 57. BANK OF AMERICA CORPORATE BONDS | A | Interest | | | Sold | 01/13/10 | J | A | |
| 58. BARRICK GOLD CORPORATION | A | Dividend | J | T | | | | | |
| 59. BAXTER INTERNATIONAL | A | Dividend | J | T | Buy (add'l) | 05/19/10 | J | | |
| 60. | | | | | Sold (part) | 04/12/10 | J | A | |
| 61. | | | | | Buy (add'l) | 05/20/10 | J | | |
| 62. BECTON DICKINSON CO | A | Dividend | | | Sold (part) | 01/19/10 | J | A | |
| 63. | | | | | Sold | 04/19/10 | J | A | |
| 64. BERKSHIRE HAYAWAY INC | | None | J | T | Buy | 03/08/10 | J | | |
| 65. BEST BUY CO | | None | | | Sold | 03/03/10 | J | | |
| 66. BHP BILLITON LTD ADR | A | Dividend | J | T | | | | | |
| 67. BIG LOTS INC COM | | None | J | T | Buy | 01/04/10 | J | | |
| 68. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | Sold (part) | 08/01/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BLACKROCK BOND ALLOC TARGET SHS SERIES M | A | Dividend | K | T | Sold (part) | 08/01/10 | J | | |
| 70. BMC SOFTWARE INC | | None | | | Sold | 03/15/10 | J | A | |
| 71. BOEING CO - GLOBAL BONDS | A | Interest | J | T | | | | | |
| 72. BOEING COMPANY | A | Dividend | J | T | Buy (add'l) | 05/27/10 | J | | |
| 73. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 74. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 75. | | | | | Sold (part) | 03/12/10 | J | A | |
| 76. | | | | | Sold (part) | 03/15/10 | J | A | |
| 77. BORG WARNER INC COM | | None | J | T | Buy | 07/14/10 | J | | |
| 78. | | | | | Buy (add'l) | 08/11/10 | J | | |
| 79. BP PLC | A | Dividend | | | Sold | 05/20/10 | J | | |
| 80. BROADCOM CORP | | None | | | Sold | 01/06/10 | J | A | |
| 81. CA Inc | A | Dividend | J | T | Sold (part) | 01/25/10 | J | | |
| 82. | | | | | Buy (add'l) | 07/01/10 | J | . | |
| 83. CAMERON INTL CORT | | None | J | T | Buy | 08/17/10 | J | | |
| 84. CANADIAN NATURAL RES | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 85. Canon Inc ADR▇▇▇ (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. CARDINAL HEALTH INC OHIO | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 87. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Buy | 04/05/10 | J | | |
| 88. CARREFOUR SA SHS | A | Dividend | J | T | | | J | | |
| 89. CATERPILLAR FINANCIAL SE - 7.150% 2/15/2019 (X) | A | Interest | J | T | | | | | |
| 90. Caterpillar Inc stock | A | Dividend | J | T | Sold (part) | 02/05/10 | J | A | |
| 91. | | | | | Sold (part) | 01/20/10 | J | A | |
| 92. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 93. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 94. CBS Corp New (Y) | | | | | | | | | |
| 95. CELGENE CORP | | None | J | T | Buy | 05/05/10 | J | | |
| 96. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 97. CENTURYTEL INC | A | Dividend | J | T | | | | | |
| 98. CHECK POINT SOFTWARE TECH | | None | J | T | Buy | 08/06/10 | J | | |
| 99. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 100. CHESAPEAKE ENERGY OKLA | A | Dividend | J | T | | | | | |
| 101. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 102. CHUBB CORP | A | Dividend | | | Sold (part) | 04/06/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 04/07/10 | J | A | |
| 104. Cisco Systems Inc. | | None | J | T | Buy<br>(add'l) | 08/10/10 | J | | |
| 105. | | | | | Sold<br>(part) | 11/11/10 | J | | |
| 106. | | | | | Sold<br>(part) | 12/02/10 | J | A | |
| 107. CISCO SYSTEMS INC - BONDS | A | Interest | J | T | | | | | |
| 108. CITIGROUP INC | | None | J | T | Buy<br>(add'l) | 07/01/10 | J | | |
| 109. CITIGROUP INC - SUB NOTES | A | Interest | J | T | | | | | |
| 110. CITRIX SYSTEMS | | None | J | T | Buy<br>(add'l) | 04/22/10 | J | | |
| 111. | | | | | Buy<br>(add'l) | 07/24/10 | J | | |
| 112. | | | | | Sold<br>(part) | 10/01/10 | J | A | |
| 113. BIF MONDY FUND (FORMERLY CMA MONEY FUND) | A | Dividend | L | T | | | | | |
| 114. CME GROUP INC | A | Dividend | J | T | Buy | 12/01/10 | J | | |
| 115. | | | | | Buy<br>(add'l) | 12/02/10 | J | | |
| 116. CMS ENERGY CORP | A | Interest | J | T | | | | | |
| 117. COACH INC | A | Dividend | J | T | Buy | 01/28/10 | J | | |
| 118. Coca Cola Com | A | Dividend | J | T | Buy<br>(add'l) | 01/13/10 | J | | |
| 119. | | | | | Buy<br>(add'l) | 01/28/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2.500<br>G =$100.001 - $1,000.000 | C =$2,501 - $5,000<br>H1 =$1.000,001 - $5,000.000 | D =$5,001 - $15,000<br>H2 =More than $5.000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15.000 or less<br>N =$250,001 - $500,000<br>P3 =$25.000,001 - $50,000,000 | K =$15.001 - $50,000<br>O =$500,001 - $1,000.000 | L =$50.001 - $100,000<br>P1 =$1,000.001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 03/05/10 | J | | |
| 121. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 122. | | | | | Sold (part) | 12/06/10 | J | A | |
| 123. | | | | | Sold (part) | 12/07/10 | J | A | |
| 124. Colgate Palmolive | A | Dividend | J | T | Buy (add'l) | 01/25/10 | J | | |
| 125. COLUMBIA VALUE & RESTRUCTURING FUND CL Z | A | Dividend | J | T | | | | | |
| 126. COMCAST CORP - BONDS | A | Interest | J | T | | | | | |
| 127. Comcast Corp New Cl A | A | Dividend | J | T | Buy (add'l) | 07/01/10 | J | | |
| 128. Computer Science Crp | A | Dividend | J | T | Sold (part) | 05/03/10 | J | | |
| 129. CONAGRA FOODS INC | A | Dividend | | | Buy | 05/19/10 | J | | |
| 130. | | | | | Buy (add'l) | 05/20/10 | J | | |
| 131. | | | | | Sold | 08/09/10 | J | | |
| 132. Conoco Phillips | A | Dividend | K | T | | | | | |
| 133. CONSTELLATION ENERGY GP | A | Dividend | | | Buy | 04/05/10 | J | | |
| 134. | | | | | Sold | 11/16/10 | J | | |
| 135. CORNING INC | A | Dividend | J | T | Sold (part) | 04/08/10 | J | A | |
| 136. | | | | | Buy (add'l) | 05/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 138. | | | | | Sold (part) | 08/19/10 | J | | |
| 139. COVIDIEN PLC SHS (FORMERLY COVIDIEN LTD) | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 140. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 141. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 142. CREDIT SUISSEE GP SP (X) | A | Dividend | | | Sold | 10/22/10 | J | A | |
| 143. CTRIP.COM INTL LTD ADR | | None | J | T | Buy | 11/23/10 | J | | |
| 144. | | | | | Buy (add'l) | 11/24/10 | J | | |
| 145. CUMMINS INC | A | Dividend | J | T | Buy (add'l) | 04/29/10 | J | | |
| 146. | | | | | Sold (part) | 05/07/10 | J | A | |
| 147. CURRENCY SHARES EURO TR | | None | | | Sold | 05/16/10 | J | | |
| 148. CVS CAREMARK CORP (Y) | | | | | | | | | |
| 149. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | Sold (part) | 07/16/10 | J | A | |
| 150. DANAHER CORP DEL | A | Dividend | J | T | | | | | |
| 151. DANONE-SPON ADR | | None | J | T | Buy | 07/06/10 | J | | |
| 152. DENBURY RES INC | | None | J | T | Buy | 03/10/10 | J | | |
| 153. DIAMOND OFFSHORE DRLNG | A | Dividend | J | T | Buy (add'l) | 05/14/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 12/15/10 | J | | |
| 155. DIRECT GROUP HLDNGS CLA | | None | | | Sold (part) | 01/28/10 | J | A | |
| 156. | | | | | Sold (part) | 11/16/10 | J | A | |
| 157. | | | | | Sold | 11/17/10 | J | A | |
| 158. DR PEPPER SNAPPLE GROUP | A | Dividend | J | T | Buy | 07/14/10 | J | | |
| 159. E M C CORPORATION MAS | | None | J | T | Sold (part) | 01/27/10 | J | A | |
| 160. EASTMAN CHEMICAL CO COM (X) | A | Dividend | | | Sold | 08/01/10 | J | A | |
| 161. EATON CORP | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 162. | | | | | Sold (part) | 11/08/10 | J | A | |
| 163. EASTON VANCE LARGE CAP | A | Dividend | J | T | Sold (part) | 11/12/10 | J | A | |
| 164. EBAY INC | | None | | | Sold | 05/19/10 | J | | |
| 165. EDISON INTL CALIF | A | Dividend | J | T | | | | | |
| 166. EMERSON ELECTRIC | A | Dividend | J | T | Sold (part) | 07/13/10 | J | A | |
| 167. | | | | | Sold (part) | 10/26/10 | J | A | |
| 168. ENSCO INTL LTD SPNSR ADR (FORMERLY ENSCO INTL INC COM) | | None | | | Sold | 01/04/10 | J | A | |
| 169. EOG RESOURCES | A | Dividend | J | T | Buy | 05/16/10 | J | | |
| 170. | | | | | Sold (part) | 07/06/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. ESPRIT HOLDINGS LTDADR | A | Dividend | | | Sold | 09/09/10 | J | A | |
| 172. EXELON CORP BONDS 4.9% 6/15/2015 | A | Interest | J | T | | | | | |
| 173. Express Scripts Inc Com | | None | J | T | Buy | 06/14/10 | J | | |
| 174. Exxon Mobil | A | Dividend | J | T | Sold (part) | 07/07/10 | J | | |
| 175. F5 NETWORKS INC COM | | None | J | T | Buy | 08/17/10 | J | | |
| 176. | | | | | Sold (part) | 12/15/10 | J | A | |
| 177. FED NAT'L MORTGAGE ASSOC -7.125% 6/15/2010 | A | Interest | | | Redeemed | 06/15/10 | J | | |
| 178. FED HOME LN MTG CORP-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 179. FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | J | T | | | | | |
| 180. FED HOME LN MTG CORP-5.125% 7/15/2012 | A | Interest | J | T | | | | | |
| 181. FED NAT'L MTG ASSOC-4.75% 12/15/2010 | A | Interest | K | T | Redeemed (part) | 12/02/10 | J | | |
| 182. | | | | | Redeemed (part) | 12/15/10 | J | | |
| 183. FED NAT'L MTG ASSOC-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 184. FHLMC ▇ 4% 2040 | | None | J | T | Buy | 12/10/10 | J | | |
| 185. FHLMC ▇ 50% 2021 | B | Interest | J | T | | | | | |
| 186. FHLMC ▇ 50% 2037 | C | Interest | J | T | Redeemed (part) | 04/13/10 | J | | |
| 187. FIFTH THIRD BANCORP | A | Dividend | J | T | Buy | 08/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. FINMECCANICA SPA SHS | | None | J | T | Buy | 08/03/10 | J | | |
| 189. FLOWSERVE CORP | A | Dividend | | | Sold | 07/12/10 | J | | |
| 190. FMC TECHS INC | | None | | | Sold (part) | 06/21/10 | J | | |
| 191. | | | | | Sold | 06/22/10 | J | | |
| 192. FNMA ▓ 6% 2038 | D | Interest | K | T | | | | | |
| 193. FNMA ▓ 6% 2034 | B | Interest | J | T | | | | | |
| 194. FNMA ▓ 5% 2035 | B | Interest | J | T | | | | | |
| 195. FNMA ▓ 5% 2036 | A | Interest | J | T | Buy (add'l) | 04/13/10 | J | | |
| 196. FNMA ▓ 5% 2033 | A | Interest | J | T | | | | | |
| 197. FNMA ▓ 5% 2036 | B | Interest | J | T | | | | | |
| 198. FNMA ▓ 5.5% 2037 | A | Interest | J | T | | | | | |
| 199. FNMA ▓ 6% 2038 | C | Interest | J | T | Redeemed (part) | 04/13/10 | J | | |
| 200. FNMA ▓ 5% 2038 | B | Interest | J | T | Buy | 01/04/10 | J | | |
| 201. FNMA ▓ 5% 2038 | A | Interest | J | T | | | | | |
| 202. FNMA ▓ 50% 2023 | A | Interest | J | T | | | | | |
| 203. FNMA ▓ 6% 2038 | B | Interest | J | T | | | | | |
| 204. FNMA ▓ 50% 2040 | A | Interest | J | T | Buy | 02/12/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. FOREST LAB INC | | None | | | Sold | 05/05/10 | J | A | |
| 206. FREEPRT-MCMRAN CPR & GLD | A | Dividend | K | T | Sold (part) | 05/07/10 | J | A | |
| 207. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 208. | | | | | Buy (add'l) | 10/26/10 | J | | |
| 209. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 210. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 211. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 212. | | | | | Sold (part) | 07/12/10 | J | | |
| 213. | | | | | Sold (part) | 07/14/10 | J | | |
| 214. | | | | | Buy (add'l) | 01/08/10 | J | | |
| 215. | | | | | Buy (add'l) | 01/11/10 | J | | |
| 216. FUJIFIM HLDGS CORP ADR | | None | J | T | | | | | |
| 217. GAP INC DELAWARE | A | Dividend | J | T | Sold (part) | 04/12/10 | J | A | |
| 218. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 219. GENERAL ELECTRIC CAP CORP SENIOR BONDS 5.25% 10/19/2012 | A | Interest | J | T | | | | | |
| 220. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 08/01/10 | J | | |
| 221. GENWORTH FINANCIAL INC COM CL A (Y) | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                             P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Gilead Sciences Inc Com | | None | | | Sold (part) | 01/04/10 | J | | |
| 223. | | | | | Sold | 03/10/10 | J | A | |
| 224. GLAXOSMITHKLINE CAPITAL-5.65% 5/15/2018 | A | Interest | J | T | | | | | |
| 225. GlaxoSmithKline PLC ADR | A | Dividend | J | T | Buy (add'l) | 04/07/10 | J | | |
| 226. | | | | | Sold (part) | 11/01/10 | J | | |
| 227. | | | | | Sold (part) | 11/02/10 | J | | |
| 228. GOLD FIELDS SP ADR NEW | A | Dividend | J | T | | | | | |
| 229. GOLDMAN SACHS GROUP INC | | None | J | T | Sold (part) | 12/01/10 | J | A | |
| 230. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 231. | | | | | Sold (part) | 07/01/10 | J | | |
| 232. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 233. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 234. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 235. | | | | | Sold (part) | 08/26/10 | J | | |
| 236. | | | | | Sold (part) | 09/01/10 | J | | |
| 237. GOLDMAN SACHS GROUP INC - NOTES | A | Interest | J | T | | | | | |
| 238. GOOGLE INC | | None | J | T | Buy (add'l) | 01/06/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold (part) | 04/22/10 | J | A | |
| 240. | | | | | Sold (part) | 05/21/10 | J | | |
| 241. | | | | | Sold (part) | 06/09/10 | J | | |
| 242. | | | | | Sold (part) | 09/15/10 | J | | |
| 243. | | | | | Sold (part) | 09/15/10 | J | | |
| 244. GRUPO TELEVISA SA ADR | | None | J | T | Buy | 07/16/10 | J | | |
| 245. Halliburton Company | A | Dividend | J | T | | | | | |
| 246. HARBOR INTERNATIONAL | A | Dividend | J | T | | | | | |
| 247. HARRIS STRATEX NETWORK | A | Dividend | J | T | | | | | |
| 248. HARTFORD CAPITAL | | None | J | T | | | | | |
| 249. Hartford Financial Services Inc (Y) | | | | | | | | | |
| 250. Hess Corp | A | Dividend | J | T | | | | | |
| 251. Hewlett Packard Co | A | Dividend | | | Sold (part) | 05/17/10 | J | A | |
| 252. | | | | | Sold (part) | 08/09/10 | J | A | |
| 253. | | | | | Sold (part) | 08/17/10 | J | | |
| 254. | | | | | Sold | 09/14/10 | J | | |
| 255. Home Depot Inc | A | Dividend | | | Sold | 05/18/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. HOME DEPOST INC - 3.950% 9/15/2020 | | None | J | T | Buy | 09/09/10 | J | | |
| 257. Honeywell Intl Inc Del | A | Dividend | J | T | | | | | |
| 258. HSBC HLDG PLC (X) | A | Dividend | J | T | Buy | 11/04/10 | J | | |
| 259. HUDSON CITY BANKCORP INC | A | Dividend | J | T | | | | | |
| 260. IMB CORP 4.47% 11/19/2012 | A | Interest | J | T | | | | | |
| 261. IMPALA PLATINUM SPON ADR | | None | | | Sold | 05/16/10 | J | | |
| 262. INGERSOL-RAND PLC | A | Dividend | J | T | | | | | |
| 263. Intel Corp | A | Dividend | J | T | Sold (part) | 01/21/10 | J | A | |
| 264. | | | | | Sold (part) | 04/28/10 | J | B | |
| 265. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 266. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 267. International Business Machines | A | Dividend | J | T | Sold (part) | 04/08/10 | J | A | |
| 268. | | | | | Sold (part) | 04/13/10 | J | A | |
| 269. | | | | | Sold (part) | 07/01/10 | J | A | |
| 270. INTL PAPER CO | A | Dividend | J | T | | | | | |
| 271. IVANHOE MINES LTD (X) | | None | | | Sold (part) | 07/15/10 | J | A | |
| 272. | | | | | Sold (part) | 09/24/10 | J | A | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
(See Column C2)            U =Book Value          V =Other                   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold | 12/06/10 | J | A | |
| 274. IVY ASSET STRATEGY FUND CL I | A | Dividend | J | T | Buy | 07/12/10 | J | | |
| 275. JANUS FORTY FD CL I (Y) | | | | | | | | | |
| 276. JENNISON SMALL COMPANY (Y) | | | | | | | | | |
| 277. JOHN DEERE CORP - GLOBAL BONDS 7% 3/15/2012 | A | Interest | J | T | | | | | |
| 278. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy (add'l) | 01/28/10 | J | | |
| 279. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 280. | | | | | Sold (part) | 06/11/10 | J | A | |
| 281. | | | | | Sold (part) | 07/12/10 | J | A | |
| 282. | | | | | Sold (part) | 07/27/10 | J | | |
| 283. | | | | | Sold (part) | 07/28/10 | J | | |
| 284. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 285. | | | | | Sold (part) | 07/06/10 | J | | |
| 286. JOHNSON CONTROLS | A | Dividend | | | Sold | 06/08/10 | J | A | |
| 287. JOY GLOBAL INC | | None | | | Sold | 01/25/10 | J | A | |
| 288. JP Morgan Chase & Co | A | Dividend | J | T | Buy (add'l) | 04/15/10 | J | | |
| 289. JP MORGAN CHASE BONDS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JUNIPER NETWORKS INC | | None | J | T | Buy | 11/12/10 | J | | |
| 291. Kimberly Clark | A | Dividend | J | T | Buy (add'l) | 05/11/10 | J | | |
| 292. | | | | | Buy (add'l) | 06/04/10 | J | | |
| 293. | | | | | Sold (part) | 09/28/10 | J | A | |
| 294. | | | | | Sold (part) | 10/15/10 | J | A | |
| 295. | | | | | Sold (part) | 10/18/10 | J | A | |
| 296. KINROSS GOLD CORP | A | Dividend | J | T | Buy | 02/03/10 | J | | |
| 297. KIRIN BREWERY LTD SP ADR | | None | | | Sold | 05/16/10 | J | | |
| 298. KOREA ELEC POWER SPN ADR | | None | J | T | | | | | |
| 299. Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 300. KRAFT FOODS GLB 5.375% 2/10/2020 | A | Interest | J | T | Buy | 02/14/10 | J | | |
| 301. KROGER CO (Y) | | | | | | | | | |
| 302. L-3 COMMUNICATIONS HOLDING | A | Dividend | J | T | | | | | |
| 303. LABORATORY CP AMER HLDGS | | None | J | T | Buy | 05/19/10 | J | | |
| 304. LLOYDS TSB GROUP SPD | | None | J | T | | | | | |
| 305. LIMITED BRANDS INC | A | Dividend | J | T | Buy | 05/03/10 | J | | |
| 306. | | | | | Buy (add'l) | 05/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Lockheed Martin Corp | A | Dividend | J | T | Buy (add'l) | 11/01/10 | J | | |
| 308. | | | | | Buy (add'l) | 03/16/10 | J | | |
| 309.  Loews Corp | A | Dividend | J | T | | | | | |
| 310.  LORILLARD INC | A | Dividend | | | Sold | 09/01/10 | J | A | |
| 311.  LOWES COMPANIES (Y) | | | | . | | | | | |
| 312.  LUBRIZOL CORP | A | Dividend | J | T | Buy | 01/20/10 | J | | |
| 313.  LVMH MOET HENNESSY ADR (X) | A | Dividend | J | T | Sold (part) | 07/14/10 | J | A | |
| 314. | | | | | Sold (part) | 07/27/10 | J | A | |
| 315. | | | | | Sold (part) | 12/23/10 | J | A | |
| 316.  MARATHON OIL CORP | A | Dividend | J | T | | | | | . |
| 317.  MARATHON OIL CORP-6% 10/01/2017 | A | Interest | J | T | | | | | |
| 318.  MASTERCARD INC (Y) | | | | | | | | | |
| 319.  MATTEL INC COM | | None | J | T | Sold (part) | 09/01/10 | J | | |
| 320.  MCGRAW HILL COMP | A | Dividend | | | Sold (part) | 11/10/10 | J | A | |
| 321. | | | | | Sold | 11/19/10 | J | A | |
| 322.  MCDONALDS CORP | A | Dividend | J | T | Buy | 06/08/10 | J | | |
| 323.  MCKESSON CORPORATION COM | | None | | | Buy | 06/14/10 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)

A =$1,000 or less
F =$50,001 - $100,000

B =$1,001 - $2,500
G =$100,001 - $1,000,000

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000

D =$5,001 - $15,000
H2 =More than $5,000,000

E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)

J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000

K =$15,001 - $50,000
O =$500,001 - $1,000,000

L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000

M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)

Q =Appraisal
U =Book Value

R =Cost (Real Estate Only)
V =Other

S =Assessment
W =Estimated

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 11/08/10 | J | | ' |
| 325. MEAD JOHNSON NUTRTION CO | A | Dividend | J | T | Buy (add'l) | 01/28/10 | J | | |
| 326. MEADWESTVACO CORP | A | Dividend | J | T | Buy | 02/22/10 | J | | |
| 327. Medco Health Solutions | | None | | | Sold | 08/02/10 | J | | |
| 328. Medtronic Inc. Com | A | Dividend | J | T | | | | | |
| 329. MERCK AND CO INC | A | Dividend | J | T | | | | | |
| 330. Metlife Inc | A | Dividend | J | T | Sold (part) | 06/07/10 | J | | |
| 331. | | | | | Buy (add'l) | 04/19/10 | J | | |
| 332. Microsoft Corp | A | Dividend | K | T | Sold (part) | 07/12/10 | J | | |
| 333. | | | | | Sold (part) | 08/03/10 | J | | |
| 334. | | | | | Sold (part) | 08/11/10 | J | | |
| 335. | | | | | Sold (part) | 08/17/10 | J | | |
| 336. | | | | | Sold (part) | 11/15/10 | J | A | |
| 337. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 338. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 339. | | | | | Sold (part) | 10/11/10 | J | | |
| 340. | | | | | Sold (part) | 12/01/10 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 342. MITSUBISHI ESTATE ADR (X) | | None | J | T | | | | | |
| 343. MS&AD INS GROUP HLDGS (FORMERLY MITSUI SUMITOMO INS) (Y) | | | | | | | | | |
| 344. FIA CARD SRVS NA RASP | | None | | | Closed | 01/06/10 | J | | |
| 345. MONSANTO CO NEW DEL COM | A | Dividend | | | Buy | 03/03/10 | J | | |
| 346. | | | | | Sold | 07/01/10 | J | | |
| 347. MORGAN STANLEY - NOTES | A | Interest | J | T | Sold (part) | 01/15/10 | J | A | |
| 348. | | | | | Buy (add'l) | 01/20/10 | J | | |
| 349. MOSIAC CO | | None | | | Sold | 10/11/10 | J | A | |
| 350. MOTOROLA INC | | None | J | T | Buy (add'l) | 09/07/10 | J | | |
| 351. | | | | | Buy (add'l) | 10/11/10 | J | | |
| 352. MURPHY OIL CORP | | None | | | Sold | 01/04/10 | J | | |
| 353. NABORS INDUSTRIES LTD | | None | J | T | Sold (part) | 03/08/10 | J | A | |
| 354. NATIONAL OIL WELL VARCO | | None | | | Sold (part) | 01/11/10 | J | A | |
| 355. | | | | | Sold | 01/28/10 | J | A | |
| 356. NETAPP INC | | None | J | T | Buy | 09/15/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. NETFLIX COM INC | | None | J | T | Buy | 08/06/10 | J | | |
| 358. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 359. | | | | | Sold (part) | 09/27/10 | J | A | |
| 360. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 361. NEW CORP CL A | A | Dividend | J | T | Buy | 07/12/10 | J | | |
| 362. NEW YORK CMNTY BANCORP | A | Dividend | J | T | | | | | |
| 363. NEWCREST MNG LTD SPN ADR | A | Dividend | J | T | | | | | |
| 364. NEWMONT MINING CORP (Y) | | | | | | | | | |
| 365. NEWS AMERICA INC 5.3% 12/15/2014 | A | Interest | J | T | | | | | |
| 366. NIPPON TELG&TEL SPDN ADR | A | Dividend | J | T | | | | | |
| 367. NOBLE ENERGY INC | A | Dividend | J | T | | | | | |
| 368. Nokia Corp | A | Dividend | J | T | | | | | |
| 369. NORDSTROM INC | A | Dividend | J | T | Buy | 09/14/10 | J | | |
| 370. NORTHROP GRUMMAN CORP | A | Dividend | J | T | | | | | |
| 371. NRG ENERGY INC (Y) | | | | | | | | | |
| 372. Occidental Petroleum Corp (Y) | | | | | | | | | |
| 373. Oracle Corp | A | Dividend | J | T | Sold (part) | 03/19/10 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 374. | | | | | Buy (add'l) | 04/13/10 | J | | |
| 375. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 376. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 377. | | | | | Sold (part) | 05/03/10 | J | A | |
| 378. | | | | | Sold (part) | 06/01/10 | J | A | |
| 379. PACTIV CORPORATION | | None | | | Sold | 02/12/10 | J | | |
| 380. PANASONIC CORP SHS (Y) | | | | | | | | | |
| 381. PARKER HANNIFIN CORP | A | Dividend | J | T | Sold (part) | 05/24/10 | J | A | |
| 382. | | | | | Buy (add'l) | 05/17/10 | J | | |
| 383. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 384. | | | | | Sold (part) | 07/27/10 | J | | |
| 385. PAYCHEX INC | A | Dividend | | | Buy | 05/21/10 | J | | |
| 386. | | | | | Sold (part) | 10/26/10 | J | | |
| 387. | | | | | Sold | 11/05/10 | J | | |
| 388. Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 01/29/10 | J | | |
| 389. | | | | | Sold (part) | 03/04/10 | J | A | |
| 390. | | | | | Sold (part) | 04/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Sold (part) | 06/16/10 | J | | |
| 392. | | | | | Sold (part) | 07/15/10 | J | | |
| 393. PETRLEO BRAS VTG SPD ADR | | None | | | Sold | 01/25/10 | J | A | |
| 394. Pfizer Inc Del PV .05 | A | Dividend | J | T | Buy (add'l) | 03/23/10 | J | | |
| 395. | | | | | Sold (part) | 07/23/10 | J | | |
| 396. | | | | | Sold (part) | 10/01/10 | J | | |
| 397. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 398. PFIZER INC-6.2% 3/15/2019 | A | Interest | J | T | | | | | |
| 399. PHILIP MORRIS INTL INC | A | Dividend | J | T | Sold (part) | 06/11/10 | J | A | |
| 400. | | | | | Sold (part) | 07/01/10 | J | A | |
| 401. PIMCO EMERGING LOCAL BOND FUND | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 402. PIMCO FIXED INCOME SHS SERIES C INSTL | D | Dividend | K | T | Sold (part) | 04/07/10 | J | A | |
| 403. PIMCO FIXED INCOME SHS SERIES M INSTL | B | Interest | K | T | | | | | |
| 404. PIMCO TOTAL RETURN FUND CL P | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 405. PITNEY BOWES INC | A | Dividend | J | T | | | | | |
| 406. PNC FINANCIAL SERVICES GROUP INC | | None | J | T | Buy | 11/12/10 | J | | |
| 407. POTASH CORP SASKATCHEWAN | A | Dividend | J | T | Sold (part) | 03/23/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Buy (add'l) | 11/04/10 | J | | ` |
| 409. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 410. PRAXAIR INC | | None | | | Sold | 01/26/10 | J | A | |
| 411. PRECISION CASTPARTS | | None | J | T | Buy | 07/28/10 | J | | |
| 412. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 413. | | | | | Buy (add'l) | 10/21/10 | J | | |
| 414. PRICELINE COM INC | | None | J | T | Buy | 08/05/10 | J | | |
| 415. Proctor Gamble | A | Dividend | J | T | Sold (part) | 03/04/10 | J | A | |
| 416. | | | | | Sold (part) | 06/11/10 | J | A | |
| 417. PROCTOR GAMBLE 0 4.6% 1/15/2014 GLB | A | Dividend | | | Sold | 06/28/10 | J | A | |
| 418. PRUDENTIAL PLC (X) | | None | J | T | | | | | |
| 419. QUALCOMM INC | A | Dividend | | | Buy (add'l) | 01/08/10 | J | | |
| 420. | | | | | Sold | 05/27/10 | J | | |
| 421. QUEST DIAGNOSTICS INC | A | Dividend | | | Sold | 05/10/10 | J | A | |
| 422. QWEST COMM INTL INC COM | A | Dividend | J | T | | | | | |
| 423. RR DONNELLEY SONS | A | Dividend | J | T | Buy (add'l) | 04/07/10 | J | | |
| 424. RADIOSHACK CORP | | None | | | Sold (part) | 04/05/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Sold | 06/02/10 | J | | |
| 426. RANGE RESOURCES CORP DEL | A | Dividend | J | T | | | | | |
| 427. Raytheon Co Delaware New | A | Dividend | J | T | Buy (add'l) | 01/27/10 | J | | |
| 428. | | | | | Sold (part) | 07/22/10 | J | | |
| 429. | | | | | Sold (part) | 08/05/10 | J | | |
| 430. | | | | | | | | | |
| 431. REYNOLDS AMERICAN INC | A | Dividend | J | T | Buy | 04/05/10 | J | | |
| 432. | | | | | Sold (part) | 08/09/10 | J | A | |
| 433. RETIREMENT RESERVES CL I (Y) | | | | | | | | | |
| 434. ROCKWELL COLLINS | A | Dividend | J | T | Buy | 03/09/10 | J | | |
| 435. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 436. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 437. ROSS STORES INC COM | A | Dividend | J | T | Buy | 01/25/10 | J | | |
| 438. | | | | | | | | | |
| 439. ROWAN COMPANIES | | None | J | T | Sold (part) | 06/14/10 | J | A | |
| 440. ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |
| 441. RYDER SYSTEMS INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. SALESFORCE COM INC | | None | J | T | Buy | 05/21/10 | J | | |
| 443. SANDISK CORP INC | | None | J | T | Buy | 05/03/10 | J | | |
| 444. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 445. | | | | | Buy (add'l) | 12/06/10 | J | | |
| 446. | | | | | Buy (add'l) | 12/07/10 | J | | |
| 447. Sanofi Aventis Spon ADR | A | Dividend | J | T | | | | | |
| 448. SAP AG SHS | A | Dividend | J | T | Buy | 03/16/10 | J | | |
| 449. SARA LEE CORP | A | Dividend | J | T | Buy | 06/21/10 | J | | |
| 450. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 451. Schlumberger Ltd | A | Dividend | J | T | Buy | 01/11/10 | J | | |
| 452. SEGA SAMMY HOLDINGS INC | A | Dividend | | | Sold | 11/12/10 | J | | |
| 453. SEKISUI HSE LD SPONS ADR | A | Dividend | J | T | | | | | |
| 454. SEVEN AND I HOLDINGS CO (X) | A | Dividend | J | T | | | | | |
| 455. SHISEIDO LTD SPONSRD ADR | A | Dividend | J | T | Buy | 05/16/10 | J | | |
| 456. SK TELECOM | A | Dividend | J | T | | | | | |
| 457. SOCIETE GENERAL SPN (Y) | | | | | | | | | |
| 458. SOUTHWEST AIRLNS CO | | None | J | T | Buy | 11/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 460.  SOUTHWESTERN ENERGY CO | | None | J | T | | | | | |
| 461.  ST JUDE MEDICAL | | None | | | Buy (add'l) | 04/13/10 | J | | |
| 462. | | | | | Sold (part) | 03/22/10 | J | A | |
| 463. | | | | | Sold (part) | 11/03/10 | J | A | |
| 464. | | | | | Sold | 11/04/10 | J | | |
| 465.  STAPLES | A | Dividend | | | Sold | 05/10/10 | J | | |
| 466.  STARBUCKS CORP | A | Dividend | J | T | Buy | 05/10/10 | J | | |
| 467. | | | | | Buy (add'l) | 05/13/10 | J | | |
| 468. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 469.  STORO ENSO OYJ SPD ADR | | None | | | Sold | 05/16/10 | J | | |
| 470.  Sumitomo Mitsu Finl ADR (Y) | | | | | | | | | |
| 471.  SUMITOMO MITSUI-UNSPONS (X) | A | Dividend | J | T | | | | | |
| 472.  SUNCOR ENERGY INC NEW | | None | J | T | Buy (add'l) | 05/20/10 | J | | |
| 473.  SWISSCOM AG ADR | | None | J | T | | | | | |
| 474.  T ROWE PRICE DIVIDEND GROWTH FUND | A | Dividend | J | T | Buy | 11/12/10 | J | | |
| 475.  TAIWAN SEMICONDUCTOR MANUFACTURING CO LTD | | None | J | T | Buy | 07/06/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. TARGET CORP | A | Dividend | J | T | Buy (add'l) | 01/22/10 | J | | |
| 477. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 478. | | | | | Sold (part) | 10/21/10 | J | A | |
| 479. TCW TOTAL RETURN | A | Dividend | | | Sold | 05/05/10 | J | | |
| 480. TDK CORP AMERN DEP SHR | | None | | | Sold | 04/26/10 | J | A | |
| 481. TECHNIP SP ADR (Y) | | | | | | | | | |
| 482. TELECOM ITALIA SPA ADR (Y) | | | | | | | | | |
| 483. TELEKOMUNIKASI INDONESIA | | None | J | T | Buy | 07/13/10 | J | | |
| 484. TERADATA CORP DEL | | None | | | Sold | 09/07/10 | J | A | |
| 485. TESORO CORP | | None | | | Sold | 02/23/10 | J | | |
| 486. TEVA PHARMACTCL INDS ADR | A | Dividend | | | Sold | 11/09/10 | J | A | |
| 487. TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 488. THORNBURG INTERNATIONAL (Y) | | | | | | | | | |
| 489. TIME WARNER INC | A | Dividend | J | T | Sold (part) | 03/03/10 | J | A | |
| 490. | | | | | Sold (part) | 10/26/10 | J | A | |
| 491. | | | | | Sold (part) | 10/27/10 | J | A | |
| 492. TIME WARNER INC-4.875% 3/15/2020 | A | Interest | J | T | Buy | 08/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. TITANIUM METALS CORP NEW | | None | J | T | Buy | 06/07/10 | J | | |
| 494. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 495. TJX COS INC NEW | A | Dividend | J | T | | | | | |
| 496. Total S.A. Sp ADR | A | Dividend | J | T | Buy (add'l) | 02/12/10 | J | | |
| 497. | | | | | Buy (add'l) | 02/19/10 | J | | |
| 498. | | | | | Buy (add'l) | 05/17/10 | J | | |
| 499. TOYOTA MOTOR CORP ADR | | None | J | T | Buy | 09/09/10 | J | | |
| 500. TRAVELERS COS INC | A | Dividend | J | T | Sold (part) | 04/26/10 | J | A | |
| 501. TURKIYE GRTI BK SPN ADR | | None | J | T | Buy | 07/08/10 | J | | |
| 502. UBS AG | | None | J | T | | | | | |
| 503. UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 01/29/10 | J | A | |
| 504. | | | | | Sold (part) | 02/24/10 | J | A | |
| 505. | | | | | Sold (part) | 03/03/10 | J | A | |
| 506. UNITED PARCEL SERVICE INC CL B | A | Dividend | J | T | Sold (part) | 06/08/10 | J | A | |
| 507. UNITED STS STL CORP | | None | | | Sold | 05/16/10 | J | | |
| 508. United Techs Corp Com | A | Dividend | J | T | Sold (part) | 06/08/10 | J | A | |
| 509. | | | | | Sold (part) | 08/18/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 510. | | | | | Sold (part) | 10/21/10 | J | A | |
| 511. UNITEDHEALTH GROUP | A | Dividend | J | T | Buy (add'l) | 01/21/10 | J | | |
| 512. | | | | | Buy (add'l) | 06/16/10 | J | | |
| 513. | | | | | Sold (part) | 10/18/10 | J | A | |
| 514. | | | | | Buy (add'l) | 10/26/10 | J | | |
| 515. UNUM GROUP | A | Dividend | J | T | | | | | |
| 516. US TREASURY BOND-4.375% 11/15/2039 | A | Interest | J | T | Buy | 01/22/10 | J | | |
| 517. US TREASURY NOTE-2.875% 1/31/2013 | A | Interest | J | T | | | | | |
| 518. US TREASURY NOTE-3.375% 6/30/2013 | A | Interest | | | Redeemed | 03/12/10 | J | A | |
| 519. US TREASURY NOTE-4.25% 11/15/2017 | A | Interest | J | T | | | | | |
| 520. US TREASURY NOTES-4.5% 9/30/2011 | A | Interest | J | T | | | | | |
| 521. US TREASURY NOTE-5.125% 6/30/2011 | A | Interest | J | T | | | | | |
| 522. US TREASURY NOTE-1% 12/31/2011 | A | Interest | | | Buy | 01/12/10 | J | | |
| 523. | | | | | Redeemed | 08/13/10 | J | A | |
| 524. US TREASURY NOTE-.875% 2/29/2012 | A | Interest | J | T | Buy | 03/01/10 | J | | |
| 525. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 526. US TREASURY NOTE-1% 7/31/2011 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 527. US TREASURY NOTE-1.375% 3/15/2013 | A | Interest | J | T | Buy | 03/26/10 | J | | |
| 528. US TREASURY NOTE-1.375% 5/15/2012 | A | Interest | J | T | Buy | 04/14/10 | J | | |
| 529. | | | | | Buy<br>(add'l) | 07/29/10 | J | | |
| 530. US TREASURY NOTE-1.750% 1/31/2014 | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 531. US TREASURY NOTE-1.875% 2/28/2014 | A | Interest | | | Redeemed | 01/22/10 | J | | |
| 532. US TREASURY NOTE-2.625% 06/30/2014 | A | Interest | J | T | Buy<br>(add'l) | 04/16/10 | J | | |
| 533. | | | | | Buy<br>(add'l) | 08/17/10 | J | | |
| 534. US TREASURY NOTE-2.375% 7/31/2017 | | None | J | T | Buy | 08/13/10 | J | | |
| 535. | | | | | Buy<br>(add'l) | 08/23/10 | J | | |
| 536. US TREASURY NOTE-2.5% 6/30/2017 | A | Interest | J | T | Buy | 08/20/10 | J | | |
| 537. US TREASURY NOTE-2.625% 6/30/2014 | A | Interest | K | T | Buy | 02/01/10 | J | | |
| 538. | | | | | Buy<br>(add'l) | 02/26/10 | J | | |
| 539. | | | | | Buy<br>(add'l) | 07/02/10 | J | | |
| 540. | | | | | Redeemed<br>(part) | 07/16/10 | J | A | |
| 541. | | | | | Sold<br>(part) | 07/21/10 | J | A | |
| 542. US TREASURY NOTE-2.750% 11/30/2016 | | None | J | T | Buy | 12/01/10 | J | | |
| 543. US TREASURY NOTE-3.125% 5/15/2019 | A | Interest | K | T | Buy<br>(add'l) | 01/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 545. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 546. | | | | | Redeemed (part) | 07/21/10 | J | A | |
| 547. | | | | | Redeemed (part) | 01/22/10 | J | A | |
| 548. | | | | | Redeemed (part) | 02/01/10 | J | | |
| 549. US TREASURY NOTE-3.625% 02/15/2020 | A | Interest | J | T | Buy | 03/12/10 | J | | |
| 550. US TREASURY NOTE-3.625% 08/15/2019 | A | Interest | J | T | | | | | |
| 551. US TREASURY NOTE-3.875% 9/15/2010 | A | Interest | | | Redeemed (part) | 01/04/10 | J | | |
| 552. | | | | | Redeemed (part) | 02/26/10 | J | | |
| 553. | | | | | Redeemed (part) | 03/31/10 | J | | |
| 554. | | | | | Redeemed | 07/02/10 | J | | |
| 555. US TREASURY NOTE-4% 02/15/2015 | A | Interest | J | T | Buy (add'l) | 03/26/10 | J | | |
| 556. US TREASURY NOTE-4.25% 9/30/2012 | B | Interest | K | T | Buy (add'l) | 07/02/10 | J | | |
| 557. | | | | | Redeemed (part) | 07/16/10 | J | | |
| 558. US TREASURY NOTE-4.5% 09/30/2011 | | None | J | T | Buy | 12/16/10 | J | | |
| 559. US TREASURY NOTE-5% 02/15/2011 | A | Interest | J | T | Buy (add'l) | 06/16/10 | J | | |
| 560. | | | | | Redeemed (part) | 07/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. US TREASURY NOTE-2.375% 04/15/2011 | A | Interest | J | T | | | | | |
| 562. US TRSY INFLATION NOTE-2.375% 1/15/2017 | A | Interest | J | T | Redeemed (part) | 07/16/10 | J | A | |
| 563. US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | J | T | Redeemed (part) | 08/17/10 | J | A | |
| 564. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | J | T | | | | | |
| 565. V F CORPORATION | A | Dividend | J | T | Buy (add'l) | 10/28/10 | J | | |
| 566. VALE SE | | None | J | T | Buy | 07/06/10 | J | | |
| 567. Valero Energy Corp New | | None | | | Sold (part) | 02/11/10 | J | | |
| 568. | | | | | Sold | 02/12/10 | J | | |
| 569. VERIZON COMMUNICATION COM | A | Dividend | J | T | | | | | |
| 570. VERIZON COMMUNICATION-5.5% 02/15/2018 | A | Int./Div. | J | T | | | | | |
| 571. Viacom Inc New | | None | J | T | | | | | |
| 572. VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 573. VODAFONE (FORMERLY Vodafone Grp PLC Spn ADR) | A | Dividend | J | T | Sold (part) | 05/01/10 | J | | |
| 574. WACHOVIA CORP BOND | A | Interest | J | T | | | | | |
| 575. WACOAL HOLDINGS CORP ADR (X) | | None | J | T | | | | | |
| 576. WALGREEN CO | | None | | | Buy (add'l) | 02/24/10 | J | | |
| 577. | | | | | Sold | 11/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 578. Wal-Mart Stores Inc | A | Dividend | J | T | Buy (add'l) | 01/22/10 | J | | |
| 579. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 580. | | | | | Sold (part) | 04/30/10 | J | | |
| 581. WALMART STORES INC 5.8% 2/15/2018 | A | Interest | J | T | | | | | |
| 582. WASTE MANAGEMENT INC NEW | A | Dividend | | | Sold (part) | 12/01/10 | J | A | |
| 583. | | | | | Sold | 12/06/10 | J | A | |
| 584. WATSON PHARMACEUTICALS | | None | | | Sold | 03/17/10 | J | A | |
| 585. Wellpoint Inc | | None | J | T | Sold (part) | 06/07/10 | J | | |
| 586. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | Buy (add'l) | 08/26/10 | J | | |
| 587. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 588. WESTERN UN CO | | None | J | T | Buy | 11/01/10 | J | | |
| 589. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 590. WILLIAMS COMPANIES DEL | A | Dividend | J | T | Buy | 07/12/10 | J | | |
| 591. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 592. WINDSTREAM | A | Dividend | | | Sold | 08/10/10 | J | | |
| 593. WYNN RESORTS LTD | | None | | | Sold | 02/24/10 | J | | |
| 594. XEROX CORP | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 595. XSTRATA PLC | | None | J | T | Buy | 03/11/10 | J | | |
| 596. XTO ENERGY INC-6.25% 8/1/2017 | A | Interest | | | Redeemed | 02/17/10 | J | A | |
| 597. YAHOO INC | | None | | | Sold (part) | 01/29/10 | J | A | |
| 598. | | | | | Sold | 03/23/10 | J | A | |
| 599. Zurich Finl Svcs Spn ADR | | None | | | Sold | 08/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 05/06/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Petrese B. Tucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544